1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA**

10

11   MARY ANN BALLESTEROS,                    )   Case No. 2:13-CV-00094-MCE-KJN

12              Plaintiff,                    )
                                             )   **ORDER DISMISSING ENTIRE**
13         vs.                               )   **ACTION WITH PREJUDICE**
                                             )
14   THE PRUDENTIAL INSURANCE                )
     COMPANY OF AMERICA; and DOES 1          )
15   through 10, inclusive,                  )
                                             )
16              Defendants.                  )
                                             )
17   _____

18         Based upon the stipulation of the parties, IT IS HEREBY ORDERED that this

19   action, Case No. 2:13-CV-00094-MCE-KJN, is dismissed in its entirety as to all

20   defendants with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Each

21   party shall bear its own attorney's fees and costs.

22         **IT IS SO ORDERED**.

23   Dated:  February 19, 2014

24

25   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
26   UNITED STATES DISTRICT COURT

27

28

                                        1

135550